IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOUGLAS BONE, P30877, | |
| Petitioner, | No. C 10-5006 CRB (PR) |
| vs | ORDER OF DISMISSAL |
| ERIC HOLDER, Attorney General of the United States, et al., | |
| Respondent(s). | |

    Petitioner, an alien and prisoner in the custody of the California Department of Corrections and Rehabilitation, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking cancellation, dismissal and/or suspension of federal removal proceedings against him. In a nutshell, petitioner claims that the Attorney General has taken too long to commence removal proceedings since first filing a detainer against him in 1999.

    Unfortunately for petitioner, it is well-established that a hold or detainer alone does not sufficiently place an alien in INS (now Bureau of Immigration and Customs Enforcement (BICE)) custody to make habeas corpus relief available. See Garcia v. Taylor, 40 F.3d 299, 303 (9th Cir. 1994). And it is equally well-established that this court is without jurisdiction to review the Attorney General's

1  decision to commence proceedings, adjudicate cases, or execute removal orders.
2  See Reno v. American-Arab Anti-Discrimination Comm., 525 U.S. 471, 483-84
3  (1999); see also Jimenez-Angeles v. Ashcroft, 291 F.3d 594, 599 (9th Cir. 2002)
4  (decision to commence proceedings includes "not only a decision in an individual
5  case *whether* to commence, but also *when* to commence, a proceeding").
6      For the foregoing reasons, the petition for a writ of habeas corpus under §
7  2241 is DISMISSED. The clerk shall enter judgment in favor of respondent and
8  close the file.
9  SO ORDERED.
10 DATED:  Feb. 15, 2011

CHARLES R. BREYER
United States District judge

G:\PRO-SE\CRB\OTHER.11\Bone, D1.dismissal.wpd

2

decision to commence proceedings, adjudicate cases, or execute removal orders. See Reno v. American-Arab Anti-Discrimination Comm., 525 U.S. 471, 483-84 (1999); see also Jimenez-Angeles v. Ashcroft, 291 F.3d 594, 599 (9th Cir. 2002) (decision to commence proceedings includes "not only a decision in an individual case *whether* to commence, but also *when* to commence, a proceeding").

For the foregoing reasons, the petition for a writ of habeas corpus under § 2241 is DISMISSED. The clerk shall enter judgment in favor of respondent and close the file.

SO ORDERED.

DATED:  Feb. 15, 2011

CHARLES R. BREYER
United States District judge

G:\PRO-SE\CRB\OTHER.11\Bone, D1.dismissal.wpd

2